# STATE OF OREGON
## CERTIFICATION OF VITAL RECORD

**OREGON HEALTH AUTHORITY**
**CENTER FOR HEALTH STATISTICS**
**CERTIFICATE OF DEATH**

**I.D. TAG NO.:** 905498
**STATE FILE NUMBER:** 136-2021-018272

| Legal Name | First | Middle | Last | Suffix | Death Date |
|---|---|---|---|---|---|
| | Steven | Brent | Preslar | | June 16, 2021 |

| Sex | Age | Social Security Number | County of Death |
|---|---|---|---|
| Male | 81 years | | Klamath |

**Birthplace:** Pocatello, Idaho
**Was Decedent Ever in U.S. Armed Forces?** Yes

**Residence City/Town:** Klamath Falls
**Residence County:** Klamath
**State or Foreign Country:** Oregon
**Zip Code + 4:** 97603
**Inside City Limits?** No

**Marital Status at Time of Death:** Married
**Spouse's Name Prior to First Marriage:** Golda Jeanne Condit

**Father's Name:** Leland Preslar
**Mother's Name Prior to First Marriage:** Djonna Parkinson

**Informant's Name:** Golda Preslar
**Telephone Number:** Not Available
**Relationship to Decedent:** Spouse
**Mailing Address:** Klamath Falls, OR 97603

**Place of Death:** Decedent's Residence - Hospice
**Facility Name:**
**Location of Death:**
**City/Town or Location of Death:** Klamath Falls
**State:** Oregon
**Zip Code + 4:** 97603

**Method of Disposition:** Cremation
**Place of Disposition:** Pyramid Cremations
**Location (City/Town and State):** Klamath Falls, Oregon

**Name and Complete Address of Funeral Facility:** O'Hair - Wards Funeral Chapel, 515 Pine Street, Klamath Falls, Oregon 97601

**Date of Disposition:** TBD
**Funeral Director's Signature:** Gary J Mueller (Electronically Signed)
**OR License Number:** FS-0588

**Registrar's Signature:** Jennifer A. Woodward
**Date Received:** June 21, 2021
**Local File Number:**

**Amendment:**

45-2CCS   (01/06)

*20210625974*




I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL CERTIFICATE ON FILE OR THE VITAL RECORDS FACTS ON FILE IN THE OREGON CENTER FOR HEALTH STATISTICS.

**DATE ISSUED:** June 22, 2021

JENNIFER A. WOODWARD, Ph.D.
STATE REGISTRAR

THIS COPY IS NOT VALID WITHOUT INTAGLIO STATE SEAL AND BORDER.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

007035133